ABRAHAM SCHWARTZ, Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

SADIE SCHWARTZ, an Infant, etc., Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with

costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.